UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-10015-MARTINEZ

UNITED STATES OF AMERICA

v.

VASIL KHATIASHVILI,

Defendant.

## STIPULATED FACTUAL BASIS

1. **VASIL KHATIASHVILI**, the defendant, was a resident of Key West, Florida.

2. Between January 2014 and October 2019, the defendant operated and managed a labor staffing company named E.S.F. Services, Inc ("E.S.F. Services"), and he also assisted in the operation of P.S.E.B. Services Inc. ("P.S.E.B.") and Expert Services F.S. Inc. ("Expert Services"). Through these labor staffing companies, Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others provided workers to hotels, bars, and restaurants operating in the Southern District of Florida.

3. Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others facilitated the employment in the hospitality industry of non-resident aliens who were not authorized to work in the United States. By obtaining and paying workers through E.S.F. Services, hotels, bars, and restaurants operating in Key West and elsewhere attempted to disclaim responsibility for ensuring that: (1) workers were legally authorized to work in the United States, and (2) federal income and employment taxes were withheld and paid over to the Internal Revenue Service (IRS).

4. The IRS was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

5. The Federal Insurance Contribution Act (FICA) required employers to withhold Medicare and Social Security taxes from their employees' wages. The Internal Revenue Code also required employers to withhold federal income taxes from their employees' wages. Employers held these taxes in trust for the United States and were required to pay them over to the IRS on behalf of their employees. Collectively, these withheld taxes will be referred to as "trust fund taxes."

6. In addition to the trust fund taxes, employers were required to pay over an employer portion of FICA taxes. The trust fund taxes along with the employer's portion of FICA taxes will be collectively referred to as "employment taxes."

7. United States Citizenship and Immigration Services (USCIS) was a United States governmental agency whose primary responsibility was to enforce the nation's immigration laws.

8. The USCIS Form I-9, Employment Eligibility Verification (USCIS Form I-9), required that an employee attest to his or her employment authorization. The employee must also present acceptable documents evidencing identity and employment authorization to the employer. The employer must examine the employment eligibility and identity documents to determine whether the documents reasonably appear to be genuine and to relate to the employee. The employer was required to record employee identity information on the USCIS Form I-9 and maintain those records onsite.

9. Beginning no later than January 2014 and continuing through at least October 2019, within the Southern District of Florida and elsewhere, Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others unlawfully, voluntarily, intentionally, and knowingly conspired,

combined, confederated, and agreed together and with each other to commit the following crimes against the United States: (1) encouraging and inducing aliens to come to, enter, or reside in the United States knowing or in reckless disregard of the fact that such coming to, entry, or residence was or would be in violation of law, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), and (2) concealing, harboring, and shielding from detection aliens knowing or in reckless disregard of the fact that such aliens had come to, entered, or remained in the United States in violation of law, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), all in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

10. Beginning no later than January 2014 and continuing through at least October 2019, within the Southern District of Florida and elsewhere, Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others unlawfully, voluntarily, intentionally, and knowingly conspired, combined, confederated, and agreed together and with each other to impede, impair, obstruct, and defeat the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes and employment taxes, in violation of 18 U.S.C. § 371.

11. In furtherance of the conspiracy, Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others known and unknown to the United States entered into written contracts and verbal agreements with hotels, bars, and restaurants in Key West and elsewhere to provide labor staffing services. These agreements helped E.S.F. Services' customers attempt to disclaim responsibility for ensuring that workers were legally authorized to work in the United States and that federal employment taxes were withheld and paid over to the IRS, when, in fact, many of E.S.F. Services' customers knew or had reason to believe that the workers provided under these agreements were not authorized to work in the United States and that federal income and employment taxes were not being withheld and paid over to the IRS.

12. In furtherance of the conspiracy, Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others known to the United States facilitated the employment of more than 100 alien workers by hotels, bars, and restaurants in Key West and elsewhere knowing or in reckless disregard of the fact those alien workers were not legally present in the United States and did not have authorization to work in the United States. The workers employed at the hotels, bars and restaurants who used E.S.F. Services' labor staffing services did not attest to their eligibility to work in the United States on USCIS Forms I-9, and the defendant failed to complete or maintain the requisite USCIS Form I-9 records for each worker.

13. In furtherance of the conspiracy, Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others known and unknown to the United States paid workers without withholding federal income or employment taxes from their gross wages.

14. In furtherance of the conspiracy, Petr Sutka, **VASIL KHATIASHVILI**, Zdenek Strnad, and others known and unknown to the United States failed to prepare and file with the IRS requisite Forms W-2, *Wage and Tax Statements*, for workers employed at hotels, bars, and restaurants in Key West and elsewhere through E.S.F. Services.

15. On or about May 27, 2016, E.S.F. Services issued check number 4132 to T.K. in the amount of $331.20. This amount represented untaxed wages to T.K. earned for labor provided through E.S.F. Services to a restaurant in Key West, Florida. During the time of her employment, T.K. was not lawfully present in the United States nor was she authorized to work in the United States.

16. On or about January 27, 2017, P.S.E.B. issued check number 85157 to Zdenek Strnad in the amount of $1,191.73, which represented untaxed wages the defendant earned

4

through his work with P.S.E.B. During the time of his employment, Zdenek Strnad was not lawfully present in the United States nor was he authorized to work in the United States.

17. On or about April 5, 2019, defendant **VASIL KHATIASHVILI** willfully filed with the IRS a false Form 1040, U.S. Individual Income Tax Return for tax year 2018 that omitted more than $33,000 of income he received from E.S.F. Services and Expert Services in that year.

18. The tax loss to the United States arising from defendant **VASIL KHATIASHVILI**'s participation in E.S.F. Services between January 2014 and October 2019 is $1,836,960.68.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*Sean P. Beaty*
Senior Litigation Counsel
Jessica A. Kraft
Nicholas J. Schilling Jr.
Trial Attorneys, U.S. Department of Justice
Christopher Clark
Assistant United States Attorney

*Vasil Khatiashvili*
Defendant

*Jerome Ballrato*
Attorney for Defendant Vasil Khatiashvili